[Nos. 8861–8–III; 9582–7–III.   Division Three.   October 31, 1989.]

LINOLEUM & CARPET CITY, INC., *Appellant,* v. TURN–KEY, INC., *Respondent.*

Appeals from a judgment of the Superior Court for Spokane County, No. 85–2–03467–2, William G. Luscher, J., entered August 31, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 9654–8–III.   Division Three.   October 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER JAMES WISE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–8–00810–9, Susan L. Hahn, J. Pro Tem., entered October 28, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 9688–2–III.   Division Three.   October 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH G. McKUNE, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 88–1–00095–8, Jo Anne Alumbaugh, J., entered November 10, 1988. *Reversed* and *dismissed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.